UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PHILIP GIBSON**                                                          **CIVIL ACTION**

**VERSUS**                                                                    **NO. 14-200**

**ARTHUR MORRELL, ET AL.**                                    **SECTION "J"(3)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the *Report and Recommendation* of the United States Magistrate Judge **(Rec. Doc. 4)**, and the *Objection* filed by Plaintiff **(Rec. Doc. 5)**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's federal civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 10th day of March, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE